UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

OLEG SOCOLOV,

    Petitioner,

  v.

ATTORNEY GENERAL, *et al.*,

    Respondents.

Case No. 2:21-cv-02200-RFB-EJY

**ORDER**

    This is a habeas corpus action, pursuant to 28 U.S.C. § 2241, initiated pro se by Oleg Socolov, an individual in federal custody at the Nevada Southern Detention Center. The Court received Socolov's petition for writ of habeas corpus (ECF No. 1-1) on December 15, 2021. On February 4, 2022, Socolov paid the filing fee. His petition will therefore be filed.

    Socolov contends that his detention, allegedly now for over two years pending his removal to Moldova, has violated his rights under the Fifth and Eighth Amendments to the United States Constitution, as well as certain federal statutes. Having conducted an initial review of the petition, the Court will direct service of the petition on the respondents and will set briefing deadlines.

    **IT IS THEREFORE HEREBY ORDERED** that the Clerk of the Court is directed to separately file the petition for writ of habeas corpus (ECF No. 1-1).

    **IT IS FURTHER ORDERED** that the Clerk of the Court is directed to serve copies of the habeas petition (ECF No. 1-1) and this order upon the respondents as follows:

    1. By serving a copy of the petition (ECF No. 1-1) and this order on the United States Attorney for the District of Nevada in accordance with Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure.

/ / /

/ / /

/ / /

2. By sending a copy of the petition (ECF No. 1-1) and this order by mail to: (1) Alejandro Mayorkas, Secretary of the Department of Homeland Security, Washington, DC 20528; (2) Merrick Garland, Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, DC, 20530; and (3) U.S. Immigration and Customs Enforcement, 501 S. Las Vegas Blvd., Ste. 200, Las Vegas, NV 89101, in accordance with Rule 5(b)(2)(C) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that counsel for Respondents will have 30 days from the date of this order to appear in this action. Respondents will have 60 days from the date of this order to file and serve an answer or other response to the habeas petition. If Respondents file a motion to dismiss, Petitioner will have 60 days to file a response to the motion to dismiss and then Respondents will have 30 days to file a reply. If Respondents file an answer, Petitioner will have 60 days to file a reply to the answer.

DATED this 22nd day of _____February_____, 2022.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE